**STATE of Missouri, Respondent,**

v.

**Ricky L. SINES, Appellant.**

**WD 78772**

Missouri Court of Appeals, Western District.

ORDER FILED: JUNE 13, 2017

Susan Highland Moore, Jefferson City, MO, Counsel for Respondent.

Susan Lynn Hogan, Kansas City, MO, Counsel for Appellant.

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge, Edward R. Ardini, Jr., Judge

**ORDER**

Per Curiam:

Ricky L. Sines appeals the trial court's judgment entered upon a jury verdict convicting him of murder in the first degree and armed criminal action. We affirm. Rule 30.25(b).